Argued and submitted December 21, 1990, conviction affirmed; remanded for resentencing February 27, 1991

STATE OF OREGON,
*Respondent,*

*v.*

MICHAEL LEROY CASE,
*Appellant.*

(CF 89-443; CA A63245)

806 P2d 185

Sally L. Avera, Public Defender, Salem, argued the cause and filed the brief for appellant.

Janet A. Klapstein, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Lauri Alsup, Certified Law Student, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

## PER CURIAM

Defendant seeks modification of the sentence imposed following his conviction for attempted rape in the first degree. He argues that the trial court erred by imposing conditions of parole as part of the sentence. Although a trial court may *recommend* particular conditions of parole, it lacks authority to *order* them. *State v. George,* 90 Or App 496, 752 P2d 1265 (1988); *State v. Duff,* 54 Or App 669, 635 P2d 679 (1981). The state concedes the error, and we agree.

Conviction affirmed; remanded for resentencing.